## ROBERT ABBOTT AND JAMES ABBOTT
### *versus* JEAN BAPTISTE RIVARD

JOURNAL ENTRIES (1821–35): *Journal 3:* (1) Motion for extension of time to declare *p. 230; (2) time given to declare, continued *p. 263; (3) continued *p. 478. *Journal 4:* (4) Motion to rescind continuance and for severance MS p. 22; (5) continued MS p. 93; (6) continued MS p. 140; (7) continued MS p. 244; (8) continued MS p. 330; (9) continued MS p. 409; (10) motion for venire facias MS p. 479; (11) motion for severance withdrawn MS p. 482; (12) rule for venire facias MS p. 486; (13) motion to renew rule for venire MS p. 507; (14) rule for venire MS p. 510. *Journal 5:* (15) Rule for venire MS p. 12; (16) rule for venire MS p. 48; (17) rule for venire MS p. 64; (18) consent verdict, judgment MS p. 98.

PAPERS IN FILE: [None]

*1821 Calendar*, MS p. 86.

## UNITED STATES *versus* WILLIAM HUDSON,
## MARY HUDSON AND HENRY HUDSON

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Attachment ordered *p. 220; (2) motion to quash attachment *p. 231; (3) recognizance *p. 233; (4) witnesses sworn, consideration postponed *p. 299; (5) sentence *p. 377.

PAPERS IN FILE: (1) Writ of attachment; (2) writ of habeas corpus, return, and order for release on giving security; (3) recognizance; (4) precipe for subpoena; (5) subpoena.

*1821 Calendar*, MS p. 116.